IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LON ADELBERT PRICE, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2250-D/V |
| DAVID MILLS, | X | |
| Respondent. | X | |

ORDER CORRECTING THE DOCKET
AND
ORDER DIRECTING CLERK TO MAIL APRIL 12, 2005 ORDER TO PETITIONER

Petitioner Lon Adelbert Price, Tennessee Department of Correction ("TDOC") prisoner number 304581, an inmate at the West Tennessee State Penitentiary in Henning, Tennessee, filed a pro se petition pursuant to 28 U.S.C. § 2254 on April 1, 2005, along with an application seeking leave to proceed in forma pauperis. The Court issued an order on April 12, 2005 denying leave to proceed in forma pauperis and directing the petitioner to remit the habeas filing fee within thirty days. The petitioner's copy of that order was returned by the post office on May 3, 2005 because the mailing envelope did not include the prisoner's TDOC number.

The Clerk is ORDERED to correct the docket to ensure that the mailing address for this petitioner includes his TDOC number.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05



The Clerk is also ORDERED to mail another copy of the April 12, 2005 order to the petitioner at his address of record in an envelope that includes his TDOC number. The petitioner's deadline for compliance with the April 12, 2005 order is extended to thirty (30) days after the date of entry of this order.

IT IS SO ORDERED this 11th day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02250 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

Lon Adelbert Pierce
304581
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT