# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

LON ADELBERT PIERCE,

v.

DAVID MILLS.,            CASE NUMBER:    1:05-2250-T/V

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/13/2005, this case is hereby DISMISSED. The Court DENIES a certificate of appealability and also CERTIFIES that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

10/17/05                    BY:    _____
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/18/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02250 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Lon Adelbert Pierce
304581
P.O. Box 1150
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT